SUPREME COURT OF NEW JERSEY
D-17 September Term 2015
076707

IN THE MATTER OF            :

ADAM ROBERT GLINN,          :       FILED
                                    OCT 28 2015
AN ATTORNEY AT LAW          :       ORDER
                                    CLERK
(Attorney No. 015561989)    :

ADAM ROBERT GLINN of COLONIA, who was admitted to the bar of this State in 1989, having tendered his consent to disbarment as an attorney at law of the State of New Jersey, and good cause appearing;

It is ORDERED that ADAM ROBERT GLINN is disbarred by consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of attorneys and that he be permanently restrained and enjoined from practicing law; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by ADAM ROBERT GLINN pursuant to Rule 1:21-6 shall be restrained from disbursement except on application to this Court for good cause shown and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending further

Order of this Court; and it is further

ORDERED that respondent comply with Rule 1:20-20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20-17.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 27th day of October, 2015.

*[signature]*

CLERK OF THE SUPREME COURT

The foregoing is a true copy of the original on file in my office.

*[signature]*

CLERK OF THE SUPREME COURT
OF NEW JERSEY